Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
E-mail: ronaldwilcox@post.harvard.edu

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN CATALANO,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC. and MICHAEL LITCHFIELD,<br><br>Defendants. | Civil Action No. 06-05574 JW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SERVE |

The parties hereby stipulate that Plaintiff may have an extension of time, until April 12, 2007, to serve Michael Litchfield with the Amended Summons and Complaint and Plaintiff requests the Court enter an Order accordingly.

Dated: January 12, 2007

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: January 12, 2007

_____
Debbie P. Kirkpatrick, Counsel for Defendant

[PROPOSED] ORDER

The Court hereby allows Plaintiff until April 12, 20007 to serve Defendant Michael Litchfield with the Summons and Complaint.

IT IS SO ORDERED.

*/s/ James Ware*

HON. JAMES WARE

Date: 1/16/2007