

1  RONALD WILCOX, Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: 408-296-0400
3  Fax: 408-296-0486

4  Counsel for Plaintiff

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

1/25/2007

KATHLEEN CATALANO,

        Plaintiff,

  vs.,

NCO FINANCIAL SYSTEMS, INC. and MICHAEL LITCHFIELD,

        Defendants.

Case No.: C06-05574 RS

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff amended the complaint on October 3, 2006 to remove LTD FINANCIAL SERVICES as a defendant in the above-entitled action. Therefore, Plaintiff dismisses this action against LTD FINANCIAL SERVICES with prejudice.

Date:   01-24-07            /s/Ronald Wilcox
                            Ronald Wilcox, Counsel for Plaintiff