Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, LLP
3667 Voltaire Street
San Diego, California 92106
Telephone:  619-758-1891
Facsimile:  619-222-3667

Attorney for Defendant
NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN CATALANO,<br><br>　　　Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC. and MICHAEL LITCHFIELD,<br><br>　　　Defendants. | Civil Action No.:C06-05574 JW RS<br><br>STIPULATION TO EXTEND MEDIATION COMPLETION DEADLINE AND [PROPOSED] ORDER THEREON |

IT IS HEREBY STIPULATED by and between plaintiff Kathleen Catalano and defendants NCO Financial Systems, Inc. and Michael Litchfield, by and through their respective attorneys of record, with respect to the following:

WHEREAS on or about November 28, 2006 the parties stipulated to mediate this case;

WHEREAS the Court referred this case to mediation by order dated January 24, 2007;

WHEREAS based on said order the current mediation completion deadline is April 24, 2007;

WHEREAS the parties and assigned mediator have identified April 30, 2007 as the first available mutually convenient mediation date;

NOW, THEREFORE, IT IS HEREBY STIPULATED that the mediation completion deadline may be extended to and including April 30, 2007.

Dated: 2/26/07

    /s/Ronald Wilcox_____
Ronald Wilcox
Attorney for Plaintiff
Kathleen Catalano

Dated: 3/1/07                  SESSIONS, FISHMAN & NATHAN
                                  IN CALIFORNIA, L.L.P.

                                  /s/Debbie P. Kirkpatrick_____
Debbie P. Kirkpatrick
Attorney for Defendants
NCO Financial Systems, Inc. and
Michael Litchfield

IT IS SO ORDERED.  The mediation completion deadline is hereby extended to and including April 30, 2007.

Date: 3/6/2007

_____
Hon. James Ware
United States District Judge