RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

ATTORNEY FOR PLAINTIFF

FILED

APR 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

KATHLEEN CATALANO,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC. and
MICHAEL LITCHFIELD,

    Defendants.

Case No. 06-05574 JW

**ORDER GRANTING PLAINTIFF'S REQUEST TO BE EXCUSED**

Pursuant to the stipulation of the parties, Plaintiff Kathleen Catalano's request to be excused from physically attending the April 30, 2007 Mediation is hereby GRANTED.

Ms. Catalano shall be available to appear by telephone.

Dated: 4/10/07

ADR Magistrate Judge Brazil

ORDER GRANTING PLAINTIFF'S REQUEST TO BE EXCUSED    1