Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, LLP
3667 Voltaire Street
San Diego, California 92106
Telephone: 619-758-1891
Facsimile: 619-222-3667

Attorney for Defendants
NCO Financial Systems, Inc. and Michael Litchfield

FILED
APR 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

KATHLEEN CATALANO,

　　Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC. and MICHAEL LITCHFIELD,

　　Defendants.

Civil Action No.:C06-05574 JW RS

[PROPOSED] ORDER EXCUSING DEFENDANT MICHAEL LITCHFIELD FROM PERSONAL ATTENDANCE AT MEDIATION [ADR LOCAL RULES, RULE 6-9(d)]

Based on the foregoing request of defendants NCO Financial Systems, Inc. and Michael Litchfield, pursuant to ADR Local Rules, Rule 6-9(d), that defendant Michael Litchfield be excused from personal attendance at the mediation of this action, and good cause appearing therefor,

///

///

///

///

[Proposed] Order Excusing Personal Attendance at Mediation

1

Defendant Michael Litchfield is hereby excused from personal attendance at the mediation of this case scheduled for April 30, 2007, and is permitted to participate by telephone.

IT IS SO ORDERED.

Dated: 4/10/07

Hon. Wayne D. Brazil
United States Magistrate Judge
ADR Magistrate Judge

[Proposed] Order Excusing Personal Attendance at Mediation